| | |
|---|---|
| John L. Cooper (State Bar No. 050324) | Tod L. Gamlen (State Bar No. 083458) |
| jcooper@fbm.com | tod.l.gamlen@bakernet.com |
| Jeffrey M. Fisher (State Bar No. 155284) | Baker & McKenzie LLP |
| jfisher@fbm.com | 660 Hansen Way |
| Eugene Y. Mar (State Bar No. 227071) | Palo Alto, CA 94303-1044 |
| emar@fbm.com | Telephone: (650) 856-2400 |
| Farella Braun & Martel LLP | Facsimile: (650) 856-9299 |
| 235 Montgomery Street, 17th Floor | |
| San Francisco, CA 94104 | Edward K. Runyan |
| Telephone: (415) 954-4400 | edward.k.runyan@bakernet.com |
| Facsimile: (415) 954-4480 | Baker & McKenzie LLP |
| | One Prudential Plaza |
| Attorneys for Defendants | 130 East Randolph Drive |
| TECHNOLOGY PROPERTIES LIMITED | Chicago, Illinois 60601 |
| and ALLIACENSE LIMITED | Telephone: (312) 861-8000 |
| | Facsimile: (312) 861-2899 |
| Charles T. Hoge, Esq. (State Bar No. 110696) | |
| choge@knlh.com | Attorneys for Plaintiff |
| Kirby Noonan Lance & Hoge | BARCO N.V. |
| 35 Tenth Avenue | |
| San Diego, CA 92101 | |
| Telephone: (619) 231-8666 | |
| Facsimile: (619) 231-9593 | |

Attorneys for Defendant
PATRIOT SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARCO, N.V., <br><br> Plaintiff, <br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br> Defendants. | Case No. 5:08-CV-05398 JF <br><br> **STIPULATED REQUEST TO CHANGE MEDIATION DEADLINE (Civil L.R. 6-2)** |
| ACER, INC., ACER AMERICA CORPORATION AND GATEWAY, INC., <br><br> Plaintiffs, <br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br> Defendants. | RELATED CASE <br> Case No. 5:08-CV-00877 JF |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED REQUEST CHANGING TIME OF MEDIATION; CASE NO. 5:08-CV-05398 JF

23129\1895883.1

1   Pursuant to Civil Local Rule 6-2, Plaintiff Barco N.V. and Defendants Technology Properties Limited, Patriot Scientific Corporation, and Alliacense Limited hereby submit a joint request to change the target date for completion of mediation from April 17, 2009 to June 17, 2009. The parties had previously set April 17, 2009 as the target date for completion of the ADR process, but due to scheduling issues, the parties jointly request that the deadline be moved to June 17, 2009.

There have not been other time modifications of this nature in the case. The only other time modification in this action was a stipulation extending Defendants' time to respond to Plaintiff's complaint. The requested time modification will not have an effect on the case schedule other than its effect on the particular ADR deadline which parties request be extended.

IT IS SO STIPULATED.

Dated: March 19, 2009                     BAKER & MCKENZIE LLP


                                          By: :  ____/s/ Edward K. Runyan_____
                                                    Edward K. Runyan

                                          Attorneys for Plaintiff
                                          BARCO, N.V.


Dated: March 19, 2009                     FARELLA BRAUN & MARTEL LLP


                                          By: :  ____/s/ John L. Cooper_____
                                                    John L. Cooper

                                          Attorneys for Defendant
                                          TECHNOLOGY PROPERTIES LIMITED and
                                          ALLIACENSE LIMITED

                                          *I hereby attest that I have received authority
                                          from the other counsel signatories to file this
                                          document.*


Dated: March 19, 2009                     KIRBY NOONAN LANCE & HOGE, LLP


                                          By: :  ____/s/ Charles T. Hoge_____
                                                    Charles T. Hoge

                                          Attorneys for Defendant
                                          PATRIOT SCIENTIFIC CORPORATION

1  The deadline for completion of the ADR process is hereby moved from April 17, 2009 to
2  June 17, 2009.
3  PURSUANT TO STIPULATION, IT IS SO ORDERED.
4  DATED: ___3/23_____, 2009

_____
Honorable Jeremy Fogel

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED REQUEST CHANGING
TIME OF MEDIATION; CASE NO. 5:08-CV-
05398 JF

- 3 -

23129\1895883.1