**E-Filed 6/16/2009**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BARCO N.V., a Belgian Corporation | Case No. 08-5398-JF/HRL |
| Plaintiff, | ORDER[1] GRANTING PLAINTIFF'S MOTION FOR EXEMPTION FROM ADR PROCESS |
| v. | |
| TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORP., and ALLIACENSE LTD., | [Re: Docket No. 42] |
| Defendants. | |

Plaintiff Barco N.V. ("Barco") requests an exemption from this District's ADR Multi-Option Program on the ground that the instant action is both legally and factually complex. Defendants Technology Properties, Ltd., Patriot Scientific Corp., and Alliacense, Ltd. (collectively "TPL") have indicated that they do not oppose Barco's motion.

Pursuant to Civ. L.R. 3-5(e)(3), the Court may exempt litigants from the ADR process upon a showing that the process is unlikely to produce benefits in proportion to the required resources that will need to be expended. The Court concludes that Barco has satisfied its burden under Rule 3-5(e)(3). The instant action involves four patents relating to complex technology,

---

[1] This disposition is not designated for publication in the official reports.

Case No. C08-5398-JF (HRL)
ORDER GRANTING MOTION FOR EXEMPTION FROM ADR PROCESS
(JFEX2)

1 | specifically computer microprocessor architecture. The accused products are media servers and
2 | video projectors. Good cause therefor appearing, the motion for exemption from this District's
3 | ADR process is GRANTED.

5 | DATED: June 16, 2009

8 | JEREMY FOGEL
United States District Judge

| | |
|---|---|
| 1 | Copies of Order served on: |
| 2 | Daniel Joseph O'Connor    Daniel.J.Oconnor@Bakernet.com |

Copies of Order served on:

Daniel Joseph O'Connor     Daniel.J.Oconnor@Bakernet.com
Edward Keith Runyan     edward.k.runyan@bakernet.com, chicago.docketdepartment@bakernet.com, daniel.a.Tallitsch@bakernet.com, Nataliya.S.Schouten@bakernet.com
Jack Slobodin     jlslobodin@yahoo.com
Jeffrey M. Fisher     calendar@fbm.com, jfisher@fbm.com, renterig@fbm.com
John L. Cooper     jcooper@fbm.com, brestivo@fbm.com, calendar@fbm.com
Tod L. Gamlen     tod.l.gamlen@bakernet.com, fsay@bakernet.com, julie.kline@bakernet.com, robin.m.robledo@bakernet.com

3

Case No.  C08-5398-JF (HRL)
ORDER GRANTING MOTION FOR EXEMPTION FROM ADR PROCESS
(JFEX2)