Daniel J. O'Connor (*Pro Hac Vice*)
Edward K. Runyan (*Pro Hac Vice*)
**BAKER & MCKENZIE LLP**
One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601
Telephone: +1 312 861 8000
daniel.j.oconnor@bakernet.com
edward.k.runyan@bakernet.com

Tod L. Gamlen (SBN 83458)
**BAKER & MCKENZIE LLP**
660 Hansen Way
Palo Alto, CA 94303-1044
Telephone: +1 650 856 2400
tod.l.gamlen@bakernet.com

Attorneys for Plaintiff

BARCO N.V.

**E-Filed 6/22/2009**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **BARCO N.V.**, a Belgian corporation<br><br>    Plaintiff,<br><br>    v.<br><br>**TECHNOLOGY PROPERTIES LTD.**,<br><br>**PATRIOT SCIENTIFIC CORP.**, and<br><br>**ALLIACENSE LTD.**,<br><br>    **Defendants.** | Case No.  **C 08 05398 JF**<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF BARCO'S MOTION TO ENLARGE TIME FOR COMPLIANCE WITH PATENT L.R. 4-3** |

1 | The Court, having considered the papers submitted and such other matters as the Court deemed appropriate, and finding good cause therefore, rules as follows:

IT IS HEREBY ORDERED THAT Plaintiff Barco's Motion to Enlarge Time for Compliance with Patent L.R. 4-3 is GRANTED. The Parties have up to and including June 26, 2009 to file a Joint Claim Construction and Prehearing Statement pursuant to Patent L.R. 4-3.

IT IS SO ORDERED.

DATED: 6/16/2009

_____
HONORABLE JEREMY FOGEL
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFF BARCO'S MOTION
TO ENLARGE TIME FOR COMPLIANCE WITH PATENT L.R. 4-3
CASE NO. C 08-05398 JF

page 1