\*\*E-Filed 6/23/2009\*\*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BARCO N.V., a Belgian Corporation | Case No. 08-5398-JF (HRL) |
| Plaintiff, | ORDER[1] CLARIFYING STAY |
| v. | |
| TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORP., and ALLIACENSE LTD., | |
| Defendants. | |

On June 16, 2009, the Court granted in part a motion to stay filed by the plaintiffs in two related cases, Case Nos. C 08-882 and 08-887. For purposes of clarification, the stay imposed in those related cases also applies to the instant action.   IT IS SO ORDERED.

DATED: June 22, 2009

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. C08-5398-JF (HRL)
ORDER CLARIFYING STAY
(JFLC1)

1  This Order has been served upon the following persons:

2

3  Daniel Joseph O'Connor      Daniel.J.Oconnor@Bakernet.com

4  Edward Keith Runyan      edward.k.runyan@bakernet.com,

5  chicago.docketdepartment@bakernet.com, daniel.a.Tallitsch@bakernet.com,

6  Nataliya.S.Schouten@bakernet.com

7  Jeffrey M. Fisher      calendar@fbm.com, jfisher@fbm.com, renterig@fbm.com

8  John L. Cooper      jcooper@fbm.com, brestivo@fbm.com, calendar@fbm.com

9  Nan E. Joesten      njoesten@fbm.com, calendar@fbm.com, llaflamme@fbm.com

10 Tod Lawrence Gamlen      tod.l.gamlen@bakernet.com, fsay@bakernet.com,

11 julie.kline@bakernet.com, robin.m.robledo@bakernet.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.  C08-5398-JF (HRL)
ORDER CLARIFYING STAY
(JFLC1)