1  John L. Cooper (State Bar No. 050324)
   jcooper@fbm.com
2  Jeffrey M. Fisher (State Bar No. 155284)
   jfisher@fbm.com
3  Eugene Y. Mar (State Bar No. 227071)
   emar@fbm.com
4  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, CA 94104
   Telephone: (415) 954-4400
6  Facsimile: (415) 954-4480

7  Attorneys for Defendants
   TECHNOLOGY PROPERTIES LIMITED
8  and ALLIACENSE LIMITED

9  Charles T. Hoge, Esq. (State Bar No. 110696)
   choge@knlh.com
10 Kirby Noonan Lance & Hoge
   35 Tenth Avenue
11 San Diego, CA 92101
   Telephone: (619) 231-8666
12 Facsimile: (619) 231-9593

13 Attorneys for Defendant
   PATRIOT SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| ACER, INC., ACER AMERICA CORPORATION AND GATEWAY, INC., Plaintiffs, v. TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, Defendants. | Case No. 5:08-cv-00877 JF<br><br>**DEFENDANTS' SUPPLEMENT TO THE SUPPLEMENTAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: September 18, 2009<br>Time: 10:30 a.m.<br>Dept: Courtroom 3, 5th Floor<br>Before: Honorable Jeremy Fogel |
|---|---|
| BARCO, N.V., Plaintiff, v. TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, Defendants. | Case No. 5:08-CV-05398 JF (related case) |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

TPL's SUPPLMENT TO THE CMC STATEMENT; Case No. 5:08-cv-00877 (JF)

23129\2045298.1

Defendants Technology Properties Limited ("TPL"), Patriot Scientific Corporation, and Alliacense Limited (collectively, "Defendants") hereby submit the following Supplement to the Supplemental Joint Case Management Conference Statement filed on September 8 to notify the Court that the U.S. Patent Office has issued a Notice of Intent to Reissue an *Ex Parte* Reexamination Certificate ("NIRC") for U.S. Patent 5,809,336 ("the '336 Patent-in-Suit"). A copy of the NIRC has been attached as Exhibit A for the Court's reference.

As described in the September 8 Joint Case Management Conference Statement ("Statement"), five *ex parte* requests for reeexamination have been filed on the '336 Patent-in-Suit. Three of those pending reexaminations were administratively merged on April 11, 2008 (Reexams # 90/008,237, 90/008,306, and 90/008,474) while the fourth[1] and fifth requests were recently denied. *See* Docket Nos. 147 (case no. 5:08-cv-0877) and No. 60 (case no. 5:08-cv-05398). On September 11, 2009, the Patent Office issued the NIRC on the '336 Patent-in-Suit in the merged proceedings, stating that "prosecution on the merits is (or remains) closed in this *ex parte* reexamination proceeding … A Certificate will be issued in view of … (e) Other: Examiner's Amendment of 8/6/09." Exh. A at 3. The examiner also recited the reasons for patentability and set forth that asserted claims 1, 6, and 10 will re-issue. *Id.* There has been no change in the status of the fourth and fifth requests since the September 8 Joint Case Management Statement.

Defendants believe that the re-issuance of the '336 Patent-in-Suit may expedite the eventual resolution of this dispute and potentially impact settlement positions. Thus, as described in the Defendants' portion of the September 8 Statement, Defendants request that the Court enter no more than a brief 45-day extension in the current stay to allow the '336 Patent-in-Suit to re-issue. Thereafter, this case should resume as quickly as possible for the reasons set forth in the Defendants' portion of the September 8 Statement.

---

[1] On August 25, 2009, the requestor re-filed a corrected reexamination request that is currently pending.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

TPL'S SUPPLEMENT TO CMC STATEMENT;
Case No. 5:08-cv-00877 (JF)
- 2 -
23129\2045298.1

| | | |
|---|---|---|
| 1 | Dated: September 15, 2009 | FARELLA BRAUN & MARTEL LLP |
| 2 | | |
| 3 | | By:  /s/ John Cooper |
| 4 | | John L. Cooper |
| 5 | | Attorneys for Defendants<br>TECHNOLOGY PROPERTIES LIMITED<br>and ALLIACENSE LIMITED |
| 6 | | |
| 7 | | I represent that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signatures on this document. |
| 8 | | |
| 9 | | |
| 10 | | KIRBY NOONAN LANCE & HOGE, LLP |
| 11 | | By:  /s/ Charles Hoge |
| 12 | | Charles T. Hoge |
| 13 | | Attorneys for Defendant<br>PATRIOT SCIENTIFIC CORPORATION |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

TPL'S SUPPLEMENT TO CMC STATEMENT;
Case No.  5:08-cv-00877 (JF)

- 3 -

23129\2045298.1