# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference,  September 18, 2009     Time: 4 mins
**Case Number:**  CV-08-877-JF/HRL, and Related Case Numbers CV-08-882-JF and CV-08-5398-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**            ACER, INC., ET AL   V. TECHNOLOGY PROPERTIES, ET AL

                    **PLAINTIFF**                                      **DEFENDANT**

**Attorneys Present:** Timothy Walker           **Attorneys Present:** John Cooper,
                       Kyle Chen, Heidi Keefe                          Nan Joesten, Ronald Lopez
                       Daniel O'Connor                                 Charles Hoge

PROCEEDINGS:
       Further case management conference held.  Parties are present.  Continued to 11/6/09 at 10:30 a.m. for further case management conference.