SEE SIGNATURE PAGE FOR PARTIES AND COUNSEL OF RECORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPEORTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. 5:08-cv-00877 JF/HRL |
| HTC CORPORATION, HTC AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. 5:08-cv-00882 JF/HRL |

Case Nos. 5:08-cv-00877; 5:08-cv-00882; 5:08-cv-05398
JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

| | |
|---|---|
| BARCO N.V., a Belgian corporation,<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LTD.,<br>PATRIOT SCIENTIFIC CORP.,<br>ALLIACENSE LTD.,<br><br>Defendants. | Case No. 5:08-cv-05398 JF/HRL<br><br>**PATENT LOCAL RULE 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |

To maximize the efficiency to the Court, the parties from all three above-captioned related actions, Plaintiffs Acer Inc., Acer America Corp., and Gateway, Inc. (collectively "Acer"), HTC Corporation and HTC America Inc. (collectively "HTC"), and Barco, N.V. ("Barco") and Defendants Technology Properties Limited ("TPL"), Patriot Scientific Corporation, and Alliacense Limited (collectively "Defendants"), hereby submit the following consolidated Joint Claim Construction and Prehearing Statement pursuant to Patent Local Rule 4-3.

**I.     AGREED CLAIM CONSTRUCTIONS**

Exhibit A sets forth a list of claim terms and their respective constructions that have been agreed upon by all the parties in the related actions.

**II.    DISPUTED CLAIM CONSTRUCTIONS**

Exhibit B is a chart that sets forth all the disputed claim terms from U.S. Patent Nos. 5,440,749; 5,530,890; 6,598,148; and 5,809,336 and the respective constructions proposed by each party. All four patents are at issue in the *Acer v. TPL* and *HTC v. TPL* actions, while only the '749, '890, and '336 patents are at issue in the *Barco v. TPL* action.

The proposed identification of evidence for each disputed claim term provided by plaintiffs Acer, Barco and HTC is attached as Exhibit C.

The proposed identification of evidence for each disputed claim term provided by Defendants is attached as Exhibit D.

///

///

///

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Case Nos. 5:08-cv-00877; 5:08-cv-00882; 5:08-cv-05398
JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

- 1 -

### III. IDENTIFICATION OF MOST SIGNIFICANT CLAIM TERMS [APPLICABLE TO *BARCO v. TPL* ACTION ONLY]

The *Acer v. TPL* and *HTC v. TPL* actions were filed in February 2008 and thus operate under the version of the Patent Local Rules published in December 2000. The requirement that the parties to identify most significant terms, therefore, applies only to the *Barco* action. The parties in *Barco v. TPL* hereby identify the following claim terms as being most significant to the resolution of the issues in that case:

1. multiple sequential instructions ('749 Patent)
2. separate direct memory access central processing unit ('890 Patent)
3. push down stack / stack ('749 and '890 Patents)
4. operates asynchronously to ('336 Patent)
5. supply the multiple sequential instructions to said central processing unit integrated circuit during a single memory cycle ('749 Patent)
6. clocking said central processing unit
7. ring oscillator ('336, '890, '749 Patents)
8. providing an entire variable speed clock disposed upon said integrated circuit substrate ('336 Patent)
9. an entire oscillator disposed upon said integrated circuit substrate ('336 Patent)
10. push down stack connected to said ALU ('749 Patent)

TPL proposes terms 1-4 of this list, which are all potentially claim dispositive. Barco proposes terms 5-10 of this list, which are all potentially claim dispositive.

### IV. ANTICIPATED LENGTH OF CLAIM CONSTRUCTION HEARING

The positions of plaintiffs Acer, Barco and HTC and defendants are set forth below.

**Plaintiff's Position**: Acer, Barco and HTC believe that oral argument on claim construction should take a half-day (approximately four hours) for all disputed terms as to all three related actions. Because the patents-in-suit derive from a common specification, and several terms are shared among more than one patent, many of the individually disputed terms will present questions of claim construction in common with other terms and many terms involve

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Case Nos. 5:08-cv-00877; 5:08-cv-00882; 5:08-cv-05398
JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

- 2 -

similar conceptual positions by each party. Acer, Barco and HTC further believe that Defendants (below) vastly overestimate the time necessary for oral argument on claim construction and are confident that the parties can properly allocate their time to address all of the relevant issues within a half day.

Acer and HTC also disagree that claim construction should be limited to 10 terms decided by parties pursuant to a Local Rule that does not apply to the Acer and HTC actions. There are four patents at issue in the Acer and HTC actions, with 23 claims asserted against Acer and 26 against HTC. The number of disputed terms reflects the unusually large number of asserted claims, as well as the fact that the asserted claims are longer and more complicated than in typical patent cases (many of them independent claims) containing numerous technical terms whose meanings are disputed. Moreover, several of the disputed terms are drafted in means-plus-function format and thus require construction.

Plaintiffs Acer and HTC believe that the number of disputed terms could be substantially reduced if Defendants were limited in the number of claims asserted. A limitation in the asserted claims is particularly appropriate here considering that the USPTO has rejected many of the independent claims in the ongoing reexamination including claims 1 and 9 of the '749 patent, claims 4 and 7 of the '148 patent, and claims 1 and 2 of the '890 patent.

**Defendants' Position**: Defendants believe that 4 hours time will be sufficient for the Court to hear argument and evidence from all parties related to the most significant terms, as identified by the parties in the *Barco v. TPL* action above, but that substantial additional time (1 full day) may be necessary to argue and present evidence on all of the "disputed" terms identified by the parties in Exhibit B. Defendants disagree with Plaintiffs' suggestion that Defendants should be limited in asserting infringed claims against Plaintiffs. Defendants also disagree with Plaintiffs' characterization of the effect of ongoing reexamination proceedings.

V.   **WITNESSES FOR THE CLAIM CONSTRUCTION HEARING**

Defendants do not currently plan to call any fact or expert witness to testify live at the claim construction hearing. Defendants' expert, Dr. Vojin Oklobdzija, may submit testimony in rebuttal to evidence or argument advanced by Plaintiffs in connection with the claim construction

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Case Nos. 5:08-cv-00877; 5:08-cv-00882; 5:08-cv-05398
JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

- 3 -

1  process, including in rebuttal to any expert testimony submitted by Plaintiffs.

2  Plaintiffs Acer and HTC do not plan to call witnesses to testify live at the claim construction hearing, but will have their expert witnesses, Dr. Andrew Wolfe and Dr. David May, respectively, available should the Court believe that such testimony would be useful in resolving the disputed terms between the parties. Acer and HTC may submit declarations from Dr. Wolfe and/or Dr. May in connection with claim construction briefing and will provide a summary of their expert opinions as part of Exhibit C.

## VI. PREHEARING CONFERENCE

The positions of plaintiffs Acer, Barco and HTC and defendants are set forth below.

**Plaintiffs' Position**: Plaintiffs believe a prehearing conference is unnecessary and that the parties can adequately brief and argue the disputed claims so long as the page limits for the briefs are expanded. Should the court wish to have a prehearing conference, Plaintiff Acer would propose November 19, 2010.

**Defendants' Position**: Because the parties have reached an agreement to enter a stipulation regarding page limitations for briefing, Defendants believe that an early pre-hearing conference is unnecessary. Defendants would request that a pre-hearing conference be set following the conclusion of all briefing (reply briefs are to be filed on February 11) to clarify the amount of time necessary for the hearing and set a date for the claim construction hearing.

Respectfully submitted,

[SIGNATURE BLOCKS ON NEXT PAGE]

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Case Nos. 5:08-cv-00877; 5:08-cv-00882; 5:08-cv-05398
JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

- 4 -

| | | |
|---|---|---|
| 1 | Dated: Oct. 28, 2010 | FARELLA BRAUN + MARTEL LLP |
| 2 | | |
| 3 | | By: /s/ Eugene Y. Mar |
| 4 | | John L. Cooper<br>jcooper@fbm.com |
| 5 | | Stephanie Powers Skaff<br>sskaff@fbm.com |
| 6 | | Eugene Y. Mar<br>emar@fbm.com |
| 7 | | Farella Braun + Martel LLP<br>235 Montgomery Street |
| 8 | | San Francisco, CA 94104<br>Phone:  (415) 954-4400<br>Fax:  (415) 954-4480 |
| 9 | | |
| 10 | | ***Attorneys for Technology Properties Ltd. and Alliacense Ltd.*** |
| 11 | Dated: Oct. 28, 2010 | KIRBY NOONAN LANCE & HOGE LLP |
| 12 | | |
| 13 | | By:       /S/ Charles Hoge<br>Charles T. Hoge, Esq. |
| 14 | | choge@knlh.com<br>Kirby Noonan Lance & Hoge LLP |
| 15 | | 350 Tenth Avenue<br>Suite 1300 |
| 16 | | San Diego, CA 92101 |
| 17 | | ***Attorneys for Patriot Scientific Corp.*** |
| 18 | Dated: Oct. 28, 2010 | BAKER & MCKENZIE LLP |
| 19 | | |
| 20 | | By:  /s/ Edward Runyan<br>Edward K. Runyan, Esq. |
| 21 | | Edward.Runyan@Bakermckenzie.com<br>Baker & McKenzie |
| 22 | | 130 East Randolph Drive<br>Chicago, IL 60601 |
| 23 | | Telephone:  (312) 861-8811<br>Fax:  (312) 698-2341 |
| 24 | | |
| 25 | | ***Attorneys for Barco, N.V.*** |
| 26 | | |
| 27 | | |
| 28 | | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Case Nos. 5:08-cv-00877; 5:08-cv-00882; 5:08-cv-05398
JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

- 5 -

| | | |
|---|---|---|
| 1 | Dated: Oct. 28, 2010 | COOLEY LLP |
| 2 | | |
| 3 | | By: /s/ Kyle Chen |
| 4 | | Kyle D. Chen, Esq.<br>kyle.chen@cooley.com |
| 5 | | Heidi L. Keefe, Esq.<br>hkeefe@cooley.com |
| 6 | | Mark R. Weinstein, Esq.<br>mweinstein@cooley.com |
| 7 | | Cooley LLP<br>3000 El Camino Real |
| 8 | | Five Palo Alto Square, 4th Floor<br>Palo Alto, California 94306 |
| 9 | | Telephone: (650) 843-5000<br>Fax: (650) 857-0663 |
| 10 | | ***Attorneys for HTC Corporation and HTC America, Inc.*** |
| 11 | Dated: Oct. 28, 2010 | K&L GATES LLP |
| 12 | | |
| 13 | | |
| 14 | | By: /s/ Timothy Walker<br>Timothy P. Walker, Esq. |
| 15 | | Timothy.walker@klgates.com<br>Harold H. Davis, Jr., Esq. |
| 16 | | Harold.davis@klgates.com<br>Jas Dhillon, Esq. |
| 17 | | Jas.dhillon@klgate.com<br>Jeffrey M. Ratioff |
| 18 | | Jeffrey.ratinoff@klgates.com<br>K&L Gates LLP |
| 19 | | Four Embarcadero Center, Suite 1200 |
| 20 | | San Francisco, CA 94111<br>Phone: (415) 882-8200 |
| 21 | | Fax: (415) 882-8220 |
| 22 | | ***Attorneys for Acer, Inc., Acer America Corp. and Gateway, Inc.*** |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Case Nos. 5:08-cv-00877; 5:08-cv-00882; 5:08-cv-05398
JOINT CLAIM CONSTRUCTION AND PREHEARING
STATEMENT

- 6 -

| | |
|---|---|
| 1 | **ATTESTATION PER GENERAL ORDER 45** |

2  I, Stephanie Powers Skaff, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that the counsel listed above have concurred with this filing.

Dated: October 28, 2010

FARELLA BRAUN + MARTEL LLP

By:  /s/ Eugene Y. Mar
John L. Cooper
jcooper@fbm.com
Stephanie Powers Skaff
sskaff@fbm.com
Eugene Y. Mar
emar@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street
San Francisco, CA 94104
Phone: (415) 954-4400
Fax: (415) 954-4480

***Attorneys for Technology Properties Ltd., Patriot Scientific Corp., and Alliacense Ltd.***

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Case Nos. 5:08-cv-00877; 5:08-cv-00882; 5:08-cv-05398
JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

- 7 -