John L. Cooper (State Bar No. 50324)
  jcooper@fbm.com
Nan E. Joesten (State Bar No. 191288)
  njoesten@fbm.com
Eugene Y. Mar (State Bar No. 227071)
  emar@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants
TECHNOLOGY PROPERTIES LTD. and
ALLIACENSE LTD.

Charles T. Hoge, Esq. (State Bar No. 110696)
  choge@knlh.com
Kirby Noonan Lance & Hoge
35 Tenth Avenue
San Diego, CA 92101
Telephone: (619) 231-8666
Facsimile: (619) 231-9593

Attorneys for Defendant
PATRIOT SCIENTIFIC CORPORATION

**E-Filed 12/20/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARCO N.V., <br><br> Plaintiff, <br><br> vs. <br><br> TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORP., and ALLIACENSE LTD., <br><br> Defendants. | Case No. 5:08-cv-05398 JF <br><br> **[PROPOSED]** ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE TIME REGARDING PLAINTIFF BARCO N.V.'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF <u>U.S. PATENT NO. 5,809,336</u> |

Having read and considered all papers filed in relation to the Motion of Defendants Technology Properties Limited, Alliacense Limited, and Patriot Scientific Corporation (collectively, "TPL") to Enlarge Time Regarding Barco N.V.'s Motion for Summary Judgment of

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[Proposed] ORDER GRANTING DEF.S'
MOTION TO ENLARGE TIME RE BARCO'S
MOTION FOR SUMMARY JUDGMENT

- 1 -

Case No. 5:08-cv-05398 JF

23129\2456837.1

1  Noninfringement of United States Patent No. 5,809,336, and any admitted evidence, and for good

2  cause appearing, and the Court having been informed that Barco N.V. does not oppose the motion,

3      IT IS HEREBY ORDERED THAT TPL's motion is GRANTED.

4      The Court further ORDERS that: (1) TPL's opposition to Barco's Motion for Summary

5  Judgment of Noninfringement is due February 4, 2011; (2) Barco's reply in support of its Motion

6  for Summary Judgment of Noninfringement is due February 11, 2011; and (3) the hearing on

7  Barco's Motion for Summary Judgment of Noninfringement will be on February 25, 2011.

8      IT IS SO ORDERED.

10  DATED: __12/20/2010__  
11                                  The Hon. Jeremy Fogel  
12                                  United States District Judge

Farella Braun + Martel LLP  
235 Montgomery Street, 17th Floor  
San Francisco, CA 94104  
(415) 954-4400

[Proposed] ORDER GRANTING DEF.S'  
MOTION TO ENLARGE TIME RE BARCO'S    -2-  
MOTION FOR SUMMARY JUDGMENT

Case No. 5:08-cv-05398 JF

23129\2456837.1