| | |
|---|---|
| 1 | Daniel J. O'Connor (*Pro Hac Vice*) |
| 2 | Edward K. Runyan (*Pro Hac Vice*) |
|   | **BAKER & MCKENZIE LLP** |
| 3 | One Prudential Plaza |
|   | 130 East Randolph Drive |
| 4 | Chicago, IL 60601 |
|   | Telephone: +1 312 861 8000 |
| 5 | daniel.oconnor@bakermckenzie.com |
| 6 | edward.runyan@bakermckenzie.com |
| 7 | Tod L. Gamlen (SBN 83458) |
|   | **BAKER & MCKENZIE LLP** |
| 8 | 660 Hansen Way |
|   | Palo Alto, CA 94303-1044 |
| 9 | Telephone: +1 650 856 2400 |
|   | Tod.Gamlen@bakermckenzie.com |
| 10 | |
| 11 | Attorneys for Plaintiff |
| 12 | BARCO N.V. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARCO N.V., a Belgian corporation | Case No. **C 08 05398 JF** |
| Plaintiff, | **AUTHENTICATION DECLARATION OF EDWARD K. RUNYAN** |
| v. | |
| TECHNOLOGY PROPERTIES LTD., | |
| PATRIOT SCIENTIFIC CORP., and | |
| ALLIACENSE LTD., | |
| **Defendants.** | |

I, Edward K. Runyan, declare as follows:

1. I am an attorney admitted to practice law in the State of Illinois. I am also admitted *pro hac vice* representing Barco N.V. in case C 08 05398. I am making this declaration in support of Barco's Reply Brief On Its Motion For Summary Judgment Of Non-Infringement On the '336 Patent in the captioned matter. The matters set forth in this declaration are based on my personal knowledge, and if called as a witness I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of an excerpt from Charles Moore deposition taken on November 4, 2010.

3. Attached as Exhibit 2 is a true and correct copy of an order in Anticancer v. Cambridge et al. case (No. 07-cv-00097) dated February 13, 2009.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of February 2011, in Chicago, Illinois.

*Edward K. Runyan*

———————————————
Edward K. Runyan