| | |
|---|---|
| 1 | John L. Cooper (State Bar No. 50324) |
|   |    jcooper@fbm.com |
| 2 | Nan E. Joesten (State Bar No. 191288) |
|   |    njoesten@fbm.com |
| 3 | Eugene Y. Mar (State Bar No. 227071) |
|   |    emar@fbm.com |
| 4 | Farella Braun + Martel LLP |
|   | 235 Montgomery Street |
| 5 | San Francisco, CA  94104 |
|   | Telephone:   (415) 954-4400 |
| 6 | Facsimile:   (415) 954-4480 |
| 7 | Attorneys for Defendants |
|   | TECHNOLOGY PROPERTIES LIMITED |
| 8 | and ALLIACENSE LIMITED |
| 9 | Charles T. Hoge, Esq. (State Bar No. 110696) |
|   |    choge@knlh.com |
| 10 | Kirby Noonan Lance & Hoge |
|    | 35 Tenth Avenue |
| 11 | San Diego, CA  92101 |
|    | Telephone:   (619) 231-8666 |
| 12 | Facsimile:   (619) 231-9593 |
| 13 | Attorneys for Defendant |
|    | PATRIOT SCIENTIFIC CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARCO N.V.,<br><br>          Plaintiff,<br><br>   v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>          Defendants. | Case No. 5:08-cv-05398 JF<br>*(Related to 5:08-cv-00877 JF and 5:08-cv-00882 JF)*<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR RELIEF UNDER FEDERAL RULE OF CIVIL PROCEDURE 56(d)**<br><br>Date:   February 25, 2011<br>Time:   9:00 a.m.<br>Courtroom:   3<br>Judge:   The Hon. Jeremy Fogel |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

DEFENDANTS' MOTION FOR RULE 56(d) RELIEF; Case No. 5:08-cv-05398 JF

23129\2467415.2

**NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that at 9:00 a.m. on February 25, 2011, with the Court's permission,[1] or as soon thereafter as counsel may be heard, before the Honorable Jeremy Fogel of the United States District Court, Northern District of California, located at 280 First Street, San Jose, California, defendants and cross-complainants Technology Properties Limited, Alliacense Limited, and Patriot Scientific Corporation (collectively "Defendants") will and hereby do move for an order granting relief under Federal Rule of Civil Procedure 56(d) (formerly numbered as Rule 56(f)).

By this Motion, Defendants seek an order denying plaintiff Barco N.V.'s Motion for Summary Judgment of Noninfringement of U.S. Patent No. 5,809,336 ("Barco's Motion") (Dkt. 112), or, in the alternative, continuing the hearing on Barco's Motion until the parties complete discovery on the design and operation of the microprocessors in Barco's accused products.

This motion is based upon this Notice of Motion and Motion For Relief Under Federal Rule of Civil Procedure 56(d), the accompanying Memorandum of Points and Authorities, TPL's Opposition to Barco's Motion (Dkt. 135), the Declaration of Eugene Y. Mar in Support of TPL's Opposition to Barco's Motion (Dkt. 136), the Declaration of Dr. Vojin Oklobdzija in Support of TPL's Opposition to Barco's Motion (Dkt. 137), Barco's Reply in Support of its Motion, any argument of counsel, all papers on file in this action and its related actions, and any evidence presented at the hearing on this Motion.

---

[1] Defendants have filed, simultaneously herewith, an Administrative Motion to shorten the schedule for the Court to address this motion. If the Court grants the Administrative Motion, then Defendants' Rule 56(d) request will be heard at the hearing on Barco's Motion for Summary Judgment of Noninfringement, currently set for February 25, 2011. In the alternative, should the Court deny the Administrative Motion, Defendants request this matter be heard on the regular 35 day briefing schedule. Under this alternative schedule, Defendants request a hearing on March 25, 2011, or the earliest date thereafter that Judge Fogel is available.

## MEMORANDUM OF POINTS AND AUTHORITIES

Technology Properties Limited, Alliacense Limited, and Patriot Scientific Corporation hereby incorporate into this motion their Opposition to Barco's Motion For Summary Judgment of Noninfringement of U.S. Patent No. 5,809,336 (Dkt. 135) and supporting declarations. Federal Rule of Civil Procedure 56(d) provides both a defense to Barco's Motion for Summary Judgment as well as a basis for affirmative relief. The Opposition to the Motion for Summary Judgment and supporting declarations therefore provide all the points and authorities necessary to support this Motion for relief under Rule 56(d).

Dated: February 12, 2011                    FARELLA BRAUN & MARTEL LLP

I represent that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signatures on this document.

By:    /s/ John L. Cooper
        John L. Cooper

Attorneys for Defendants
TECHNOLOGY PROPERTIES LIMITED
and ALLIACENSE LIMITED

Dated: February 12, 2011                    KIRBY NOONAN LANCE & HOGE LLP

By:    /s/ Charles T. Hoge
        Charles T. Hoge, Esq.

Attorneys for Defendant
PATRIOT SCIENTIFIC CORPORATION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DEFENDANTS' MOTION FOR RULE 56(d)
RELIEF; Case No. 5:08-cv-05398 JF    - 2 -                    23129\2467415.2