John L. Cooper (State Bar No. 050324)
 jcooper@fbm.com
Nan E. Joesten (State Bar No. 191288)
 njoesten@fbm.com
Eugene Y. Mar (State Bar No. 227071)
 emar@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendants
TECHNOLOGY PROPERTIES LIMITED
and ALLIACENSE LIMITED

Charles T. Hoge, Esq. (State Bar No. 110696)
 choge@knlh.com
Kirby Noonan Lance & Hoge
35 Tenth Avenue
San Diego, CA  92101
Telephone:  (619) 231-8666
Facsimile:  (619) 231-9593

Attorneys for Defendant
PATRIOT SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARCO N.V.,<br><br>  Plaintiff,<br><br>  v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>  Defendants. | Case No. 5:08-cv-05398 JF<br>*(Related to 5:08-cv-00877 JF and 5:08-cv-00882 JF)*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SHORTEN THE SCHEDULE FOR DEFENDANTS' MOTION FOR RELIEF UNDER FEDERAL RULE OF CIVIL PROCEDURE 56(d)** |

Having read and considered all papers filed in relation to Defendants' Administrative Motion to Shorten the Schedule for Defendants' Motion for Relief Under Federal Rule of Civil

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING DEFS.'
ADMIN. MOT.; Case No. 5:08-cv-05398 JF

23129\2512639.1

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

1  Procedure 56(d), and any admitted evidence, and for good cause shown,

2  **IT IS HEREBY ORDERED** that Defendants' motion is GRANTED.

3  The Court further ORDERS that: Defendants' Motion for Relief Under Federal Rule of
4  Civil Procedure 56(d) shall be heard on February 25, 2011, at 9:00 a.m. in Courtroom 3 of the
5  United States District Court for the Northern District of California, located at 280 First Street,
6  San Jose, California; and no further briefing on Defendants' Motion for Relief Under Federal
7  Rule of Civil Procedure 56(d) will be allowed.

8  IT IS SO ORDERED.

10  Dated: February 14, 2011

The Honorable Jeremy Fogel

[PROPOSED] ORDER GRANTING DEFS.'
ADMIN. MOT.; Case No. 5:08-cv-05398 JF          - 2 -                    23129\2512639.1