1    John L. Cooper (State Bar No. 50324)                    **E-Filed 4/20/2011**
         jcooper@fbm.com
2    Nan Joesten (State Bar No. 191288)
         njoesten@fbm.com
3    Eugene Y. Mar (State Bar No. 227071)
         emar@fbm.com
4    Farella Braun + Martel LLP
     235 Montgomery Street
5    San Francisco, CA  94104
     Telephone:    (415) 954-4400
6    Facsimile:    (415) 954-4480

7    Attorneys for Defendants
     TECHNOLOGY PROPERTIES LTD. and
8    ALLIACENSE LTD.

9

                        UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12

13

14   BARCO N.V.,                                 Case No. 5:08-cv-05398 JF (HRL)

                        Plaintiff,               ~~[PROPOSED]~~ ORDER GRANTING
15                                               **TECHNOLOGY PROPERTIES LTD.'S**
            v.                                   **AND ALLIACENSE LTD.'S**
16   TECHNOLOGY PROPERTIES LTD.,                 **ADMINISTRATIVE MOTION TO SEAL**
     PATRIOT SCIENTIFIC CORP., and
     ALLIACENSE LTD.,
17

18                      Defendants.

19

20

21

22

23

24

25

26

27

28

~~[Proposed]~~ ORDER GRANTING DEFS.'
MOT. TO SEAL; Case No. 5:08-cv-05398 JF
(HRL)                                                        23129\2580122.1

1      Having considered the administrative motion of Technology Properties Ltd. and

2   Alliacense Ltd. to seal (1) the unredacted version of the reply in support of the motions for leave

3   to amend infringement contentions for U.S. Patent Nos. 5,530,890 and 5,440,749 ("the reply");

4   and (2) Exhibits G, H, I, and J to the Declaration of Eugene Y. Mar in Support of Defendants'

5   Reply ("Reply Mar Declaration"), and finding good cause to grant the motion to seal, the motion

6   to seal is GRANTED.  The material for which sealing is sought is confidential commercial

7   information, public disclosure of which likely would harm Technology Properties Ltd. and

8   Alliacense Ltd.

9      The Clerk shall SEAL the unredacted versions of the Defendants' reply in support of the

10  motions for leave to amend infringement contentions, and Exhibits G, H, I, and J to the Reply

11  Mar Declaration.

12

13      **IT IS SO ORDERED.**

14

15  DATED:  April 20, 2011     _____

16                             The Hon. Jeremy Fogel
                               United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[Proposed] ORDER GRANTING DEFS.'
MOT. TO SEAL; Case No. 5:08-cv-05398 JF
(HRL)

23129\2580122.1