# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BARCO N.V., a Belgian corporation,<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORP., and ALLIACENSE LTD.,<br><br>Defendants. | Case No. 08-cv-05398 PSG<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## STIPULATION AND ORDER OF DISMISSAL

In accordance with an agreement between the parties, the plaintiff and the defendants herein, having settled all claims and counterclaims in this action; and the Court being otherwise fully advised;

IT IS ORDERED that all pending motions are hereby deemed withdrawn by the parties and this matter is DISMISSED with prejudice and without costs to any party. This order resolves the pending claims between and among the parties and closes the case. However, this order does not resolve related Case Nos. 5:08-cv-00877 PSG and/or 3:08-cv-00882 PSG.

SO STIPULATED:

Date: November 29, 2012                    BAKER & McKENZIE LLP

                                                                  By: /s/ Edward K. Runyan
                                                                         Edward K. Runyan
                                                                         Daniel J. O'Connor
                                                                         Attorneys for Plaintiff Barco N.V.

| | | |
|---|---|---|
| 1 | Date:  November 29, 2012 | Agility IP Law, LLP |
| 2 | | |
| 3 | | By:  /s/  James C. Otteson |
| | | James C. Otteson |
| 4 | | Attorneys for Defendants Technology Properties Ltd. and Alliacense Ltd. |
| 5 | | |
| 6 | Date:  November 29, 2012 | Kirby Noonan Lance & Hoge |
| 7 | | By:  /s/  Charles T. Hoge |
| | | Charles T. Hoge |
| 8 | | Attorneys for Defendant Patriot Scientific Corp. |

Attorneys for Defendant
PATRIOT SCIENTIFIC CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated _____

Hon. Paul Singh Grewal
U.S. Magistrate Judge

2